IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-153-FDW-DCK

| | |
|---|---|
| LASHUNDA R. KORNEGAY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| STERN RECOVERY SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Arthur H. Piervincenti, concerning David M. Barshay on May 9, 2019. Mr. David M. Barshay seeks to appear as counsel *pro hac vice* for Plaintiff, Lashunda Kornegay. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Mr. David M. Barshay is hereby admitted *pro hac vice* to represent Plaintiff, Lashunda Kornegay.

**SO ORDERED**.

Signed: May 9, 2019

David C. Keesler
United States Magistrate Judge